UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERTA JANE BALL, <br><br> Plaintiff, <br><br> vs. <br><br> NANCY A. BERRYHILL, Acting Commissioner of Social Security, <br><br> Defendant. | NO. 2:16-cv-1264-JLR <br><br> ORDER GRANTING ATTORNEY FEES AND COSTS UNDER EAJA <br><br> [~~PROPOSED~~] |

Pursuant to 28 U.S.C. §§ 2412 and 1920 and upon consideration of Plaintiff's Motion for Attorney Fees and Costs under EAJA, it is hereby ORDERED that under 28 U.S.C. § 2412 attorney fees in the amount of $5,953.81 and related expenses in the amount of $10.68, and costs pursuant to 28 U.S.C. § 1920 in the amount of $400.00 be awarded to plaintiff.

DATED this __16th__ day of __May__, 201_7_.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

TODD R. RENDA, ATTORNEY AT LAW

s/ Todd R. Renda
WSBA# 20779
Attorney for plaintiff

ORDER GRANTING MOTION FOR
FOR ATTORNEY FEES AND COSTS